IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

NATIONWIDE GENERAL INSURANCE
COMPANY as Subrogee of LESLIE J. TOTMAN,

                                      Plaintiff,

vs.

PAULETTE M. WHALEY,

                                      Defendant.

Civil Action No.
12-CV-1524 (FJS/TWD)

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the attorneys of record for all the parties to this action that, whereas no party is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, plaintiff's causes of action against defendant are discontinued from the above-captioned matter, on the merits, with prejudice, without costs to any party.

DATED: June 25, 2013

_____
SHEILA FINN SCHWEDES, ESQ.
LAW OFFICE OF EPSTEIN,
GIALLEONARDO & HARTFORD
*Attorney for Plaintiff*
225 Greenfield Parkway, Suite 200
Liverpool, New York 13088
(315) 461-0091

DATED: June 28, 2013

_____
WILLIAM F. LARKIN ESQ
Assistant U.S. Attorney
U.S. DEPARTMENT OF JUSTICE
*Attorney for Defendant*
PO Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198
(315) 448-0672

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

July 1, 2013